IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLARENCE ROBERTS                                                              PLAINTIFF

VS                          No. U.S.D.C. No. 4-07-CV-612 JLH

CHRISTINE BENDOS                                                              DEFENDANT

## ORDER OF DISMISSAL

WHEREAS, the Plaintiff, through counsel, filed the above-captioned matter sounding in breach of contract, unjust enrichment and quantum meruit, which allegations were denied, and venue contested, by the Defendant; and

WHEREAS, the Court finding good cause upon representation that the parties have resolved and compromised their differences, the matter is well taken and this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

_____
HON. J. Leon Holmes, US District Court Judge
Dated: December  15  , 2008

APPROVED AS TO FORM & CONTENT

_____   12/2/08
David A. Hodges, Bar No. 65021
Attorney for Plaintiff
Centre Plaza Building
212 Center Street, Fifth Floor
Little Rock, AR 72201
501-374-2400


_____
Perry Y. Young, Bar No. 97091
Jensen Young & Houston, PLLC